AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxx xx<sup>xx</sup> Street, N.W. Apartment xxx
Washington, D.C.

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I     Robert K. Sproull, Jr.     being duly sworn depose and say:

I am a(n)     Special Agent with the Federal Bureau of Investigation     and have reason to believe
     (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
xxxx xx<sup>xx</sup> Street, N.W., Apartment xxx described as a ten story tan brick building with the letters "xxxx Horizon House" affixed over the front entrance. Apartment xxx is located on the fourth floor. The door to the apartment is blue in color. The numbers xxx are affixed to the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Computers, electronic storage media, documents and records

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of violations of law

concerning a violation of Title  18  United States Code, Section(s) 875(c) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

Patricia Stewart
Federal Major Crimes Section
(202) 514-7064

Signature of Affiant
Robert K. Sproull, Jr., Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer          Signature of Judicial Officer