AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1150 12th Street, N.W. Apartment 413
Washington, D.C.

**FILED**

DEC 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SEARCH WARRANT**

CASE NUMBER: 05 - 0642M - 01

TO: __Any agent of the FBI__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Robert K. Sproull, Jr._ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1150 12th Street, N.W., Apartment 413 described as a ten story tan brick building with the letters "1150 Horizon House" affixed over the front entrance. Apartment 413 is located on the fourth floor. The door to the apartment is blue in color. The numbers 413 are affixed to the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Computers, electronic storage media, documents and records

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___0 8 DEC 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 3 0 2005    10:30 a.m.    at Washington, D.C.

Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/30/2005 | 11/30/2005 @ 1 pm | Charles Henry Schoonover |

INVENTORY MADE IN THE PRESENCE OF

Charles Schoonover

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached FD-597

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*  12/08/05
U.S. Judge or U.S. Magistrate Judge     Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 89B-WF-232727

On (date) November 30th, 2005

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) CHARLES SCHOONOVER
(Street Address) 1150 12th ST NW, Apt #413
(City) WASHINGTON DC 20005

Description of Item(s):

1- one black binder w/ documents
2- blue, memo notebook
3- computer disks (7) and one CD
4- digital camera; GATEWAY model DC-M42
5- one computer disk
6- one PC, generic/no name brand
7- one PC, generic/no name brand
8- one PC, generic/no name brand
9- 18 CDs and 2 computer disks/floppies
10- one box of 10 computer disks and one wireless USB adapter
11- two CDs and one DVD-R
12- four CDs
13- one digital camcorder, model no. SCD-23, w/ power supply and memory stick

11/30/05 *NOTHING ELSE FOLLOWS*

Received By: SA Jeff Johnson (Signature)
Received From: (Signature)